JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CONTRERAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART SUPERCENTER, et al.,<br><br>　　　　　Defendants. | Case No.  EDCV 23-1353-GW-SPx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

　　IT IS SO ORDERED.

Dated: May 8, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE